IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**VALERIE NASHAI HATTON,**

   *Petitioner*,

v.                                                    Case No.: **4:26cv209-MW/HTC**

**WARDEN SUPERINTENDENT
SHERIFF, et al.,**

   *Respondents*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The filings at ECF Nos. 4, 5, and 6 are **STRICKEN** as procedurally deficient and nonsensical. The Clerk shall enter judgment stating, "Petitioner's petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**," and close the file.

**SO ORDERED on June 18, 2026.**

**s/Mark E. Walker**_____
**United States District Judge**